IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                                           CASE NO. 08-10277GVL1

SIMMONS, ANTHONY DWANE
SIMMONS, KAREN ELAINE                                     CHAPTER 7

        Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
IN ACCORDANCE WITH 11 U.S.C. §347**

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 6 | Professional Debt<br>4161 Carmichael Ave Ste<br>Jacksonville, FL 32207 | $128.68 |

    /s/ Theresa M. Bender
    THERESA M. BENDER
    CHAPTER 7 TRUSTEE
    Theresa M. Bender, P.A.
    Post Office Box 14557
    Tallahassee, FL  32317
    PH:  (850) 205-7777
    FL. Bar # 0749486
    Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee  
110 E. Park Ave.  
Suite 110  
Tallahassee, FL. 32301  

Professional Debt  
4161 Carmichael Ave Ste  
Jacksonville, FL 32207  

Dated: 1/2/2011                                                           /s/ Theresa M. Bender